## LELA DRUCILLA MASON *v.* JOHN E. MASON
[No. 18, January Term, 1943.]

*Decided March 16, 1943.*

The cause was submitted to SLOAN, C. J., DELAPLAINE, COLLINS, MARBURY, GRASON, and MELVIN, JJ.

*Godfrey Child* and *Louis S. Ashman* submitted on brief for the appellant.

*L. Paul Ewell* submitted on brief for the appellee.

COLLINS, J., delivered the opinion of the Court.